JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAVIER SANCHEZ,

                Plaintiff,

    v.

CONTRACTORS' WAREHOUSE, LLC, et al.,

                Defendants.

Case No.  CV 24-6157-GW-SKx

**ORDER TO DISMISS WITH PREJUDICE**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 20, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE